UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Matthew Shane Stanley              :         Case #: 06-55244
Tiffany Lynne Stanley

:         Chapter 13

:         Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 22, 2011                  /s/ Frank M. Pees_____
                                           Frank M. Pees
                                           Chapter 13 Trustee


Name and Address                           Amount
Rickert Property Management                $44.88
1695 Old Henderson Rd.
Columbus, OH  43220